# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

| | |
|---|---|
| **CASE NO.: CV 14-5499-RGK(PJWx)** | **Date: June 17, 2015** |
| **CASE NO.: CV 15-3725-JFW(RAOx)** | |

**TITLE:** Linda Lam v. Cathay Bank, et al.
　　　　　Linda Lam v. Cathay Bank

================================================================

**PRESENT:**

**HON. PATRICK J. WALSH, JUDGE**

| | |
|---|---|
| **Isabel Martinez** | **CS 6/17/15** |
| **Deputy Clerk** | **Court Smart** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**　　　**ATTORNEYS PRESENT FOR DEFENDANTS:**

　　Pamela Tsao　　　　　　　　　　　　　　　Jeffrey Scott Ranen
　　　　　　　　　　　　　　　　　　　　　　　Victoria Lin

**PROCEEDINGS:** Settlement Conference

The case is called and appearances are made. The parties reach a complete settlement of the case. Stipulation of Dismissal will be filed the week of June 22, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　4:00

**MINUTES FORM 90**　　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk __IM__
**CIVIL -- GEN**