JS-6

**FILED**
CLERK, U.S. DISTRICT COURT

6/23/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LINDA LAM, individually and on behalf of all others similarly situated.<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CATHAY BANK, and DOES 1 through 10<br><br>　　　　Defendants. | CASE NO. 2:15-CV-03725<br><br>[~~PROPOSED~~] **ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>[Hon. Judge John F. Walter] |

　　　Pursuant to the Parties' Stipulation For Dismissal Of Action With Prejudice, and good cause appearing, IT IS HEREBY ORDERED that the above-referenced action be dismissed with prejudice. Each party shall bear her or its own costs and attorney's fees.

　　　IT IS SO ORDERED.

_____June 23_____, 2015　　　_____/s/ John F. Walter_____
　　　　　　　　　　　　　　　　　　Hon. John F. Walter
　　　　　　　　　　　　　　　　　　United States District Court Judge

4813-7837-6485.1